Charles Herrmann (WA Bar #6173)
John Scholbe (WA Bar #29433)
HERRMANN LAW FIRM
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile: (253) 627-1835
Attorneys for Plaintiffs

Peter J. McBreen, Esq. (CAL Bar #071859)
McBREEN & SENIOR
1880 Century Park East, Suite 1450
Los Angeles, California 90067
Telephone: (310) 552-5300
Facsimile: (310) 552-1205
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOO, JEONG-SIM, et al.<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL TEST PILOT SCHOOL, INC.<br>a California corporation,<br><br>Defendants | NO. 1:05-CV-00580-AWI-SMS<br><br>**STIPULATION AND ORDER**<br>Re: Amending Scheduling Order |

The parties, by and through their respective attorneys of record, hereby respectfully request and stipulate that the Scheduling Conference Order previously filed, be amended as follows:

STIPULATION AND ORDER
Re: Amending Scheduling Conference Order          -1

PDF created with pdfFactory trial version www.pdffactory.com

|  | Old Date | New Date |
|---|---|---|
| Initial Designation of Experts | 12/1/05 | 6/30/06 |
| Supplemental Expert Disclosure | 12/15/05 | 07/10/06 |
| Non-Dispositive Motion Filing Deadline | 2/10/06 | 6/9/06 |
| Dispositive Motion Filing Deadline | 3/7/06 | 7/05/06 |
| Settlement Conference Date: Not applicable at this time | | |
| Pre-Trial Conference Time: 8:30 am Ctrm.: 2/**AWI** | 05/05/06 | 10/6/06 |
| Trial Date: 9:00 a.m. Ctrm. 2/**AWI** (JT – 7 days) | 06/20/06 | 11/28/06 |

This request for a continuance is based upon the following facts:

1.  This is an action for wrongful death arising from an airplane crash, which occurred on December 4, 2003, near Mojave, California;

2. At the time of the accident, plaintiffs' decedent was enrolled as a student at defendant National Test Pilot School (NTPS);

3. The parties have completed preliminary written discovery and have exchanged the initial disclosures required by Rule 26;

4.  Prior to incurring the costs associated with expert discovery, the parties desire to engage in private mediation;

5. In order for the mediation to be productive plaintiffs intend to provide NTPS with documentation establishing the nature and extent of plaintiffs' damages, including documents relating the earnings of plaintiffs' decedent;

STIPULATION AND ORDER
Re: Amending Scheduling Conference Order            -2

PDF created with pdfFactory trial version www.pdffactory.com

6. Plaintiffs' decedent was a Major in the Korean Air Force at the time of his death. Plaintiffs are currently residents of the Republic of Korea. Due to reasons relating to both geography and language, it has taken the parties longer than anticipated to gather the relevant damage documents in Korea and have them translated into English;

7. The parties anticipate that they will be in a position to complete mediation by March 31, 2006.

8. This is the first continuance requested by the parties.

RESPECTFULLY SUBMITTED:

DATED this  27th    day of January, 2006.

HERRMANN LAW FIRM                         McBREEN & SENIOR

/s/ John Scholbe                                    /s/ Peter McBreen
John W. Scholbe                                  Peter J. McBreen, Esq.
Attorneys for Plaintiff                           Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, the Scheduling Conference Order is hereby amended to reflect the dates stipulated to by the parties above.

DATED:  1/31/2006

/s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
Re: Amending Scheduling Conference Order           -3

PDF created with pdfFactory trial version www.pdffactory.com