1  Charles Herrmann (WA Bar #6173)
2  John Scholbe (WA Bar #29433)
   HERRMANN LAW FIRM
3  1535 Tacoma Avenue South
   Tacoma, WA 98402
4  Telephone: (253) 627-8142
   Facsimile: (253) 627-1835
5  Attorneys for Plaintiffs

6
   Peter J. McBreen (Cal Bar #071859)
7  McBREEN & SENIOR
   1880 Century Park East, Suite 1450
8  Los Angeles, California 90067
9  Telephone: (310) 552-5300
   Facsimile:  (310) 552-1205
10 Attorneys for Defendant

11

12              **UNITED STATES DISTRICT COURT**

13             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14
   KOO, JEONG-SIM et Al
15                                             NO. 1:05-CV-00580-AWI-SMS
               Plaintiffs
16
17 vs.                                         STIPULATION AND ORDER
                                               Re: Amending Scheduling
18                                             Order
   NATIONAL TEST PILOT SCHOOL, INC.
19 a California corporation,                   * Note change to Pre-Trial
                                               Conference date.
20             Defendants
21

22

23      The parties, by and through their respective attorneys of record, hereby respectfully
24 request and stipulation that the Scheduling Conference Order previously filed, be amended as
25 follows:
26
27
28
   STIPULATION AND ORDER
   Re: Amending Scheduling Conference Order - 1

PDF created with pdfFactory trial version www.pdffactory.com

|  | **Old Date** | **New Date** |
|---|---|---|
| Initial Designation of Experts: | 6/30/06 | 8/15/06 |
| Supplemental Expert Disclosures: | 7/10/06 | 8/25/06 |
| Non-Dispositive Motion Filing Deadline | 6/9/06 | 6/9/06 |
| Dispositive Motion: Filing Deadline | 7/5/06 | 9/1/06 |
| Settlement Conference Date: Not applicable at this time | | |
| Pre-Trial Conference Time: 8:30am Ctrm.: 2/AWI | 10/6/06 | 10/20/06 * by SMS (was 10/6/06) |
| Trial Date: Time: 9:00am Ctrm.: 2/AWI (JT – 7 days) | 11/28/06 | 11/28/06 |

This request for a continuance is based upon the following facts:

1. This is an action for wrongful death arising from an airplane crash, which occurred on December 4, 2003, near Mojave, California;

2. At the time of the accident, plaintiffs' decedent was enrolled as a student at defendant National Test Pilot School (NTPS);

3. In the last few weeks, plaintiffs received a formal report from their Korean CPA, Choi, Moon-won;

4. Since that time, plaintiffs have received representations from all remaining experts that final discovery will be produced by July 10, 2006;

STIPULATION AND ORDER
Re:  Amending Scheduling Conference Order - 2

PDF created with pdfFactory trial version www.pdffactory.com

5.  Plaintiff anticipates, barring unforeseen circumstances, to have a formal demand package out the door to defendants by July 15, 2006;

6.  Both parties will then attempt to negotiate the case.  In the event private negotiations fail, both parties will submit to formal mediation before retired Justice Robert Feinerman on August 7, 2006, in Los Angeles;

7.  Plaintiff Koo, a resident of Korea, will personally appear at the mediation. Should mediation efforts fail, plaintiffs and defendant have made arrangements for Ms. Koo's deposition to be taken two business days later in Los Angeles.

8.  Both parties further agree and stipulate that the trial date shall remain November 28, 2006, and that any future motions to continue shall not use as a basis of the continuance the fact that any of the above dates have been continued

RESPECTFULLY SUBMITTED:

DATED this _____ day of June, 2006.

| HERRMANN LAW FIRM | McBREEN & SENIOR |
|---|---|
| ___/s/ John W. Scholbe_____ | ____/s/ Peter J. McBreen_____ |
| John W. Scholbe | Peter J. McBreen |
| Attorneys for Plaintiffs | Attorney for Defendants |

## ORDER

GOOD CAUSE APPEARING, the Scheduling Conference Order is hereby amended to reflect the dates stipulated to by the parties above. *

- See Pre-Trial Conference date change.

DATED  6/28/2006

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
Re:  Amending Scheduling Conference Order - 3

PDF created with pdfFactory trial version www.pdffactory.com