Charles Herrmann (WA Bar #6173)
John Scholbe (WA Bar #29433)
HERRMANN LAW FIRM
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 627-8142
Facsimile:  (253) 627-1835
Attorneys for Plaintiffs

Dennis K. Shin (CA Bar #178211)
LAW OFFICES OF DENNIS K. SHIN
18899 East Colima Rd. Suite 201
Rowland Heights CA 91748
Telephone:  (626) 964-9394
Facsimile:   (626) 964-4084
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOO, JEONG-SIM et Al<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL TEST PILOT SCHOOL, INC.<br>a California corporation,<br><br>Defendants | NO. 1:05-CV-00580-SMS<br><br><br>ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS |

The Court, having reviewed the Petition for Approval of Settlement of Minors' Claims, the records and files contained herein and otherwise being fully advised in the premises, hereby enters the following order:

Order Approving Settlement
Minors' Claims                                1

*Herrmann Law Firm*
1535 Tacoma Avenue South
Tacoma, WA 98402
(253) 627-8142
(253) 627-1835 Fax

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**IT IS HEREBY ORDERED:** that the Petition for Approval of Settlement of Minors' Claims is approved as set forth therein.

Specifically, the Petitioner may settle the overall case for the sum of FOUR MILLION DOLLARS ($4,000,000.00).

The settlement shall provide for the purchase by the Defendants of two separate annuities, one for each of the two minors in the amount of FOUR HUNDRED TWENTY FIVE THOUSAND DOLLARS ($425,000.00) without deductions of any kind whatsoever.

Regarding the annuity for Petitioner's minor son Kim, Dong-hyun: the annuity shall provide for four annual consecutive payments of FIFTY THOUSAND DOLLARS ($50,000.00) beginning on December 30, 2016; a payment of THREE HUNDRED SEVENTY SIX THOUSAND ONE HUNDRED FORTY SEVEN DOLLARS ($376,147.00) to the minor on December 30, 2023; and, a payment of FOUR HUNDRED NINETY THREE THOUSAND EIGHT HUNDRED TWENTY FIVE DOLLARS ($493,825.00) to the minor on December 30, 2028.  The total to be paid out on this annuity shall be ONE MILLION SIXTY NINE THOUSAND NINE HUNDRED SEVENTY DOLLARS ($1,069,972.00).

Regarding the annuity for Petitioner's minor daughter Kim, Si-hyun: the annuity shall provide for four annual consecutive payments of FIFTY THOUSAND DOLLARS ($50,000.00) beginning on April 28, 2019; a payment of FOUR HUNDRED FORTY FIVE THOUSAND FIVE HUNDRED TWENTY SIX DOLLARS ($445,526.00) to the minor on April 28, 2026; and, a payment of FIVE HUNDRED EIGHTY TWO THOUSAND SEVEN HUHDRED THIRTY FIVE DOLLARS ($582,735.00) to the minor on April 28, 2031.  The total to be paid out on this annuity shall be ONE MILLION TWO HUNDRED TWENTY EIGHT THOUSAND TWO HUNDRED SIXTY ONE DOLLARS ($1,228,261.00).

Petitioner is also authorized to pay attorneys' fees and costs, as well as a voluntary payment to the Decedent's mother as laid out in the Petition for Approval of Minors' Claims,

Order Approving Settlement
Minors' Claims                                                2

*Herrmann Law Firm*
1535 Tacoma Avenue South
Tacoma, WA 98402
(253) 627-8142
(253) 627-1835 Fax

PDF created with pdfFactory trial version www.pdffactory.com

so long as said payments are paid solely out of Petitioner's net proceeds after the purchase of the two afore-ordered annuities for the benefit of the two plaintiff minors in this action.

Finally, the Petitioner Koo, Jeong-sim and her counsel are hereby authorized to execute full releases, dismissals with prejudice and any other appropriate documents consistent with this Order.

**IT IS SO ORDERED.**

<u>DATED this 24th day of October, 2006</u>

    <u>/s/ Sandra M. Snyder</u>
Honorable Sandra M. Snyder
U.S. District Court Judge

Presented by:
HERRMANN LAW FIRM
Attorneys for Plaintiff

By: <u>/s/ John W. Scholbe</u>
    JOHN W. SCHOLBE (WSBA #29433)

Agreed to by:
MCBREEN & SENIOR
Attorneys of Defendants

By: <u>/s/ Peter J. McBreen</u>
    Peter J. McBreen (CSBA # 071859)

Order Approving Settlement
Minors' Claims     3

*Herrmann Law Firm*
1535 Tacoma Avenue South
Tacoma, WA 98402
(253) 627-8142
(253) 627-1835 Fax

PDF created with pdfFactory trial version www.pdffactory.com