| | |
|---|---|
| 1 | Charles Herrmann (WA Bar #6173) |
| 2 | John Scholbe (WA Bar #29433) |
|   | HERRMANN LAW FIRM |
| 3 | 1535 Tacoma Avenue South |
|   | Tacoma, WA 98402 |
| 4 | Telephone:  (253) 627-8142 |
| 5 | Facsimile:  (253) 627-1835 |
|   | Attorneys for Plaintiffs |
| 6 | |
| 7 | Peter J. McBreen, Esq. (CAL Bar #071859) |
|   | McBREEN & SENIOR |
| 8 | 1880 Century Park East, Suite 1450 |
|   | Los Angeles, California 90067 |
| 9 | Telephone: (310) 552-5300 |
| 10 | Facsimile:  (310) 552-1205 |
|    | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KOO, JEONG-SIM, et al. | NO. 1:05-CV-00580-SMS |
|---|---|
| Plaintiffs | |
| vs. | |
| NATIONAL TEST PILOT SCHOOL, INC. a California corporation, et al., | **STIPULATION AND ORDER** Re: **DISMISSAL** |
| Defendants | |

        The parties, by and through their respective attorneys of record, having reached a settlement in the captioned matter, hereby stipulate that the matter be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

STIPULATION AND ORDER
Re: Dismissal                                          -1

PDF created with pdfFactory trial version www.pdffactory.com

RESPECTFULLY SUBMITTED:

DATED this 27th day of October, 2006.

| HERRMANN LAW FIRM | McBREEN & SENIOR |
|---|---|
| /s/ John Scholbe | /s/ Peter McBreen |
| John W. Scholbe, Esq. | Peter J. McBreen, Esq. |
| Attorney for Plaintiffs | Attorney for Defendants |

## ORDER

GOOD CAUSE APPEARING the captioned matter is hereby dismissed, with prejudice, each party to bear their own attorneys fees and costs.

DATED: October __31__ , 2006.

        /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
Re: Dismissal                           -2